**W. H. Goodstein Millinery Company, Inc., et al., Appellants, v. Berkley, Inc., et al., Appellees.**

**Gen. No. 42,696.**

opinion filed November 6, 1944; rehearing denied November 21, 1944; released for publication November 24, 1944. Lowitz & Lowitz, for appellants; Leo H. Lowitz and Raymond Lowitz, of counsel; Hoffman & Golder, for appellees; Calmon R. Golder and Max M. Fleisher, of counsel. Opinion by JUSTICE SCANLAN. Not to be published in full.